UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **APPLICATION OF NJSC NAFTOGAZ** | § | |
| **OF UKRAINE,** | § | MISC. ACTION NO. 3:18-mc-00092-L-BK |
|     Applicant, | § | |
| | § | |
| **FOR AN ORDER UNDER 28 U.S.C. §** | § | |
| **1782 FOR ISSUANCE OF A SUBPOENA** | | |
| **TO DeGolyer and MacNaughton Corp.** | | |

## NOTICE OF DISMISSAL

Applicant NJSC Naftogaz of Ukraine ("Naftogaz") gives notice of dismissal of this proceeding without prejudice pursuant to Fed. R. Civ. P. 41(a). Because no other party has filed an answer or a motion for summary judgment, this dismissal is effective without a court order.

                                                     **THOMPSON, COE, COUSINS & IRONS, LLP**

                                                   By: *James L. Sowder*
                                                        James L. Sowder
                                                        State Bar No. 18863900
                                                        Stephen J. Huschka
                                                        State Bar No. 24097861
                                                        Plaza of the Americas
                                                        700 N. Pearl Street, 25th Floor
                                                        Dallas, Texas 75201-2832
                                                        Telephone: (214) 871-8267
                                                        Facsimile: (214) 871-8209
                                                        Email: jsowder@thompsoncoe.com
                                                                    shuschka@thompsoncoe.com

                                                 *Counsel for Applicant NJSC Naftogaz Of Ukraine*

1

OF COUNSEL:

**COVINGTON & BURLING LLP**

C. William Phillips*
David Z. Pinsky*
Joshua B. Picker*
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
cphillips@cov.com
dpinsky@cov.com
jpicker@cov.com

Marney L. Cheek*
William Lowery
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
wlowery@cov.com

*pro hac vice*